**Mitchell JONES, Plaintiff–Appellant,**

v.

**HOUSING AUTHORITY OF CRISFIELD, c/o Charles Goldsborough, Defendant–Appellee.**

No. 14–2179.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 15, 2015.

Decided: Jan. 20, 2015.

Mitchell Jones, Appellant Pro Se. Carrie Blackburn Riley, Baltimore, Maryland, for Appellee.

Before WILKINSON and NIEMEYER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mitchell Jones appeals the district court's order granting summary judgment to Defendant in Jones' housing discrimina-

tion suit. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Jones' informal brief does not challenge the basis for the district court's disposition, Jones has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*